ALVIN MITCHELL,

    Plaintiff,

    v.

WINSTON-SALEM STATE
UNIVERSITY, ELWOOD L.
ROBINSON, in his official and individual
capacities, CAROLYNN BERRY in her
official and individual capacities, and
IVEY BROWN, in his official capacity,

    Defendants.

NOTICE OF REMOVAL
28 U.S.C. §§ 1331, 1441, and 1446

Forsyth County Superior Court
State of North Carolina
18 CVS 6089

TO:    The United States District Court
        for the Middle District of North Carolina

PLEASE TAKE NOTICE THAT, pursuant to 28 U.S.C. §§ 1331 and 1441(a),

Defendants Winston-Salem State University ("WSSU"), Elwood L. Robinson, and

Carolynn Berry respectfully submit this Notice of Removal of the above-captioned case

from the Superior Court for Forsyth County, North Carolina (Civil Action No. 18 CVS

6089), to this Honorable Court.[1]

---

[1]    As explained below, Defendant Ivey Brown was not named as a defendant in
Plaintiff's original complaint. Plaintiff's recently-filed amended complaint adds Mr.
Brown as a party. Mr. Brown has not yet been served in this case and, therefore, is not
required to join in or consent to this notice of removal. 28 U.S.C. § 1446(b)(2).
Undersigned counsel anticipates she will represent Mr. Brown if and when he is served in
this case. Without waiving any rights, undersigned counsel further anticipates Mr.
Brown will not object to removal.

In support of this Notice, these Defendants state the following:

PROCEDURAL BACKGROUND AND RELEVANT ALLEGATIONS

1.       Plaintiff commenced this action by filing a Complaint on November 28, 2018, in the General Court of Justice, Superior Court Division, Forsyth County, North Carolina.  The case was docketed as 18 CVS 6089.  Plaintiff's original complaint named as defendants WSSU, Elwood L. Robinson, and Carolynn Berry and alleged state-law claims arising out of his employment as a professor in WSSU's Department of Social Sciences.  Defendants timely moved to dismiss the original complaint in its entirety.

2.       On December 21, 2018, Plaintiff filed an amended complaint.  Undersigned counsel received a copy of Plaintiff's amended complaint on December 31, 2018. Plaintiff's amended complaint adds an additional defendant, Ivey Brown, and several new causes of action including a claim under 42 U.S.C. § 1983 (*See* Am. Compl. ¶¶ 144-56)

3.       Pursuant to 28 U.S.C. § 1446(a), a copy of the entire state court file is attached hereto and incorporated by reference.

FEDERAL QUESTION AND SUPPLEMENTAL JURISDICTION

4.       This Court has original subject matter jurisdiction pursuant to 28 U.S.C. § 1331, as it is apparent from Plaintiff's amended complaint that this action arises under and presents a question of federal law.  Specifically, Plaintiff alleges a violation of 42 U.S.C. § 1983.  Accordingly, Defendants may remove the action to this Court.  28 U.S.C. § 1441(a).

2

5.      Plaintiff's state law claims may be removed pursuant to the Court's supplemental jurisdiction.  Because the Court has original jurisdiction over Plaintiff's federal claim, the Court has supplemental jurisdiction over "all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution."  28 U.S.C. § 1367(a).  Federal and state law claims that "derive from a common nucleus of operative fact" form a single constitutional case for the purpose of subject matter jurisdiction. *City of Chicago v. Int'l Coll. of Surgeons*, 522 U.S. 156, 165 (1997) (internal quotation omitted).

6.      Plaintiff's non-federal claims arise out of the same transactions and occurrences concerning his employment with WSSU.  Accordingly, this Court has supplemental jurisdiction over Plaintiff's claims.

NOTICE OF REMOVAL IS TIMELY

7.      Plaintiff's original complaint did not allege a claim under federal law and therefore was not immediately removable.  Plaintiff's amended complaint added a federal claim.  Undersigned counsel received a copy of Plaintiff's amended complaint by mail on December 31, 2018.   Removal is timely under 28 U.S.C. § 1446(b)(3).

VENUE

8.      Venue is proper because the Middle District of North Carolina includes the Superior Court of Forsyth County, North Carolina, where this suit was originally filed.  28 U.S.C. §§ 113(a), 1441(a).

3

## UNANIMOUS CONSENT TO REMOVAL

9. Pursuant to 28 U.S.C. § 1446(b)(2), undersigned counsel certifies that all Defendants named and served with process in the state court action consent to and join in this Notice of Removal.

## NOTICE TO PLAINTIFF AND STATE COURT

10. Pursuant to 28 U.S.C. § 1446(d), undersigned counsel certifies that a copy of this Notice of Removal will be served on Plaintiff and filed promptly with the Clerk of the Superior Court for Forsyth County.

## NON-WAIVER OF DEFENSES

11. By filing this Notice of Removal, Defendants do not waive any defenses that may be available to them and expressly reserve all such defenses, objections, and motions.

WHEREFORE, Defendants respectfully give notice that the above-styled action pending in the Superior Court for Forsyth County, North Carolina, has been removed therefrom to this Court and that this Court has full jurisdiction over the claims herein as provided by law.

4

Respectfully submitted this 29th day of January, 2019.

JOSHUA H. STEIN
Attorney General

/s/Nora F. Sullivan
Nora F. Sullivan
Assistant Attorney General
NC State Bar No. 43284
nsullivan@ncdoj.gov

NC Department of Justice
PO Box 629
Raleigh, NC 27602
Tel: 919-716-6920
Fax: 919-716-6764

*Attorneys for Defendants WSSU, Elwood L. Robinson, and Carolynn Berry*

5

CERTIFICATE OF SERVICE

I certify that the foregoing NOTICE OF REMOVAL was filed electronically with the Clerk of Court using the CM/ECF system which will send notification of such filing to the below listed attorney for Plaintiff, if registered, and I have served the document upon opposing counsel by mailing via the US Mail, first class, postage prepaid, addressed as follows:

Allison Tomberlin
Isabel Alele
Beechler Tomberlin, PLLC
380 Knollwood Street, Ste 305
Winston-Salem, NC  27103

This 29th day of January, 2019.

/s/Nora F. Sullivan
Nora F. Sullivan
Assistant Attorney General

6