IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ALVIN MITCHELL,                    )
                                   )
          Plaintiff,               )
                                   )
     v.                            )    1:19CV130
                                   )
WINSTON-SALEM STATE UNIVERSITY,    )
ELWOOD ROBINSON, CAROLYNN          )
BERRY, and IVEY BROWN,             )
                                   )
          Defendants.              )

## JUDGMENT

For the reasons set forth in the Memorandum Opinion and Order filed contemporaneously with this Judgment,

**IT IS HEREBY ORDERED AND ADJUDGED** that Defendants' Motion to Dismiss, (Doc. 13), is **GRANTED** with respect to Claim Five as to WSSU and Individual Defendants in their official capacities pursuant to Rule 12(b)(1) and as to Individual Defendants in their individual capacities pursuant to Rule 12(b)(6) and Claim Five is hereby **DISMISSED.**

**IT IS FURTHER ORDERED AND ADJUDGED** that the court **DECLINES** to exercise supplemental jurisdiction over Plaintiff's state-law claims and Plaintiff's state-law claims are **DISMISSED WITHOUT PREJUDICE.**

This the 30th day of March, 2020.

/s/ William L. Osteen, Jr.
United States District Judge